[No. 27806-1-I.   Division One.   April 12, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTONIO DIAZ-ESTRADA, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 90-1-00353-1, Gilbert E. Mullen, J., entered January 3, 1991. *Remanded* by unpublished opinion per Scholfield, J., concurred in by Baker and Kennedy, JJ.

[No. 29693-1-I.   Division One.   April 12, 1993.]

*In the Matter of the Marriage of* KELLY LYNN REAGAN JOHNSON, *Respondent, and* JOHN LEROY JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. D111737, Carol A. Schapira, J., entered November 4, 1991. *Reversed* by unpublished per curiam opinion.

[No. 29890-9-I.   Division One.   April 12, 1993.]

PAUL M. JANOS, *Appellant*, v. THE UNIVERSITY OF WASHINGTON, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 89-2-24814-0, J. Kathleen Learned, J., entered May 21, 1991. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Webster, C.J., and Baker, J. Now published at 69 Wn. App. 799.